IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40143
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

OSCAR FRANCISCO HERAS-JIMENEZ,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-691
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Oscar Francisco Heras-Jimenez ("Heras") pleaded guilty to
possession with intent to distribute more than one hundred
kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1) and
(b)(1)(B).  Heras contends that 21 U.S.C. § 841 is
unconstitutional in light of the Supreme Court's decision in
Apprendi v. New Jersey, 530 U.S. 466, 488 (2000).  Heras
acknowledges that his argument is foreclosed by this court's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

precedent, <u>United States v. Slaughter</u>, 238 F.3d 580, 582 (5th Cir. 2000), but he seeks to preserve the issue for Supreme Court review.

Heras's argument is foreclosed. <u>Slaughter</u>, 238 F.3d at 582; <u>see</u> <u>United States v. Fort</u>, 248 F.3d 475, 482-83 (5th Cir.), <u>cert. denied</u>, 122 S. Ct. 405 (2001). Accordingly, the district court's judgment is AFFIRMED.